IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRUCE MOWEN** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | CIVIL ACTION NO. 1:CV-09-2438 |
| v. | : | |
| | : | (Chief Judge Kane) |
| **INTEGRITY FINANCIAL PARTNERS INC.** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

**AND NOW**, this 4TH day of February, 2010, upon consideration of the filing of a Stipulation of Dismissal (Doc. No. 6), **IT IS HEREBY ORDERED** that this action be dismissed with prejudice. The Clerk of Court shall close the file.


       s/ Yvette Kane
Yvette Kane, Chief Judge
United States District Court
Middle District of Pennsylvania